1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  COREGIS INSURANCE COMPANY, an               Civil No.    05cv1198-L (POR)
    Illinois Corporation,
11
                                    Plaintiff,   **ORDER SCHEDULING SETTLEMENT
12                                               DISPOSITION CONFERENCE**
                         v.
13
    ROYAL INDEMNITY COMPANY,
14
                                   Defendant.
15

16        Counsel for the parties previously contacted the chambers of the Honorable M. James Lorenz

17  and represented that this case has settled.  Having spoken with counsel regarding the status of the

18  settlement in this case, IT IS HEREBY ORDERED:

19        1.    A Joint Motion for Dismissal shall be submitted to the Honorable M. James Lorenz

20              on or before **February 9, 2007.**  A courtesy copy shall be delivered to the chambers

21              of the Honorable Louisa S. Porter.  The courtesy copy may be delivered to Judge

22              Porter's chambers via fax to (619) 702-9925, or e-mail to

23              efile_Porter@casd.uscourts.gov.

24        2.    If a Joint Motion for Dismissal is not submitted on or before February 9, 2007, then a

25              Settlement Disposition Conference shall be held on **February 12, 2007,** at **9:30 a.m.**

26              before Judge Porter.  The conference shall be telephonic, with attorneys only.

27              Plaintiff's counsel shall initiate and coordinate the conference call.

28        3.    If a Joint Motion for Dismissal is received on or before February 9, 2007, the

1    Settlement Disposition Conference shall be VACATED without further court order.

2

3    DATED:  January 31, 2007

4    _____

5    LOUISA S PORTER
     United States Magistrate Judge

6

7    cc:         The Honorable M. James Lorenz

8                all parties

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28