Robin D. Craig, Esq. (State Bar No. 130935)
CRAIG & WINKELMAN LLP
2150 Shattuck Avenue, Suite 1220
Berkeley, California 94704
Telephone: (510) 549-3330
Facsimile: (510) 217-5894

Counsel for Plaintiff
COREGIS INSURANCE COMPANY

Connie J. Sheng, Esq. (State Bar No 210601)
MUSICK, PEELER & GARRETT LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017-3383
Telephone: (213) 629-7600
Facsimile: (213) 624-1376

Counsel for Defendant
ROYAL INDEMNITY COMPANY

FILED
2007 FEB 21   PM 12:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREGIS INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL INDEMNITY COMPANY,<br><br>Defendant. | Civil No: 05cv1198-L<br><br>**NOTICE OF DISMISSAL**<br>**[FRCP 41(a)(1)(ii)]**<br><br>Judge: Hon. M. James Lorenz<br>Dept: Courtroom 14, 5th Floor |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the captioned action that: (1) the parties have reached a settlement of the action and have executed a final settlement agreement; (2) although payment of designated settlement funds by Royal has not been received, Royal represents and

1

NOTICE OF DISMISSAL – Case No. 05cv1198-L

1 warrants that such payment has been mailed to Coregis' counsel of Record; and (3)
2 in consideration of the terms of the parties' agreement, the captioned matter is
3 hereby dismissed in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii).

5     IT IS SO STIPULATED.

7 DATED: _____  CRAIG & WINKELMAN LLP

Robin D. Craig, Esq.
Counsel for Plaintiff COREGIS
INSURANCE COMPANY

DATED: February 15, 2007  MUSICK, PEELER & GARRETT LLP

/s/ Connie J. Sheng
Connie J. Sheng, Esq.
Counsel for Defendant ROYAL
INDEMNITY COMPANY

    IT IS SO ORDERED.

DATED: _____

Hon. M. James Lorenz
United States District
Southern District of California

warrants that such payment has been mailed to Coregis' counsel of Record; and (3) in consideration of the terms of the parties' agreement, the captioned matter is hereby dismissed in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS SO STIPULATED.

DATED: February 15, 2007     CRAIG & WINKELMAN LLP


/s/ Robin D. Craig
_____
Robin D. Craig, Esq.
Counsel for Plaintiff COREGIS
INSURANCE COMPANY

DATED: _____        MUSICK, PEELER & GARRETT LLP


_____
Connie J. Sheng, Esq.
Counsel for Defendant ROYAL
INDEMNITY COMPANY

IT IS SO ORDERED.
DATED: 2/20/07

/s/ M. James Lorenz
_____
Hon. M. James Lorenz
United States District
Southern District of California

2
NOTICE OF DISMISSAL – Case No. 05cv1198 L

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is One Wilshire Boulevard, Suite 2000, Los Angeles, California 90017-3383.

     On February 16, 2007, I served the foregoing document(s) described as *NOTICE OF DISMISSAL* on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☐   **BY PERSONAL DELIVERY**. I delivered such envelope by hand to the offices of the addressee.

☒   **BY MAIL**. I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY FACSIMILE TRANSMISSION**. I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐   **BY FEDERAL EXPRESS**. I caused such envelope to the deposited at the Federal Express office at Los Angeles, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Los Angeles, California in the ordinary course of business for delivery to the addressee.

Executed on February 16, 2007, at Los Angeles, California.

☐   (State)     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Tamara Waters*

500921.1

## SERVICE LIST

*Coregis Insurance Company v. Royal Indemnity Company*
Case No. 05-CV-1198-L (POR)

| | |
|---|---|
| Robin D. Craig, Esq.<br>CRAIG & WINKELMAN LLP<br>2150 Shattuck Avenue, Suite 1220<br>Berkeley, California 94704<br>Telephone: (510) 549-3330<br>Facsimile: (510) 217-5894 | Attorney for Plaintiff *COREGIS INSURANCE COMPANY* |